# EXHIBIT 2

DOB: 03/16/93

# amazon
## my**accommodation** Services
Fax: 1-206-946-7289
Email: accommodations@amazon.com

**HEALTHCARE PROVIDER QUESTIONNAIRE FOR EMPLOYEE ACCOMMODATION REQUEST:**

Date: 03/20/17   Employee Name: Nicholas Stover   Case #: _____

**Dear Healthcare Provider:**

Your patient, our employee, is requesting a reasonable work accommodation. In consideration of this request, we would like to thoroughly assess your patient's situation in order to ensure consideration and compliance with the Americans with Disabilities Act (ADA and ADAAA.) Please respond to any applicable questions below, and/or provide us with any medical documentation or information you feel may be relevant to the employee's need for accommodation. If we may be of any assistance, please contact us. Submit any medical documentation or information you feel is relevant for review to FAX: 1-206-946-7289.

a. Does the employee have a medical situation (physical or mental impairment) that may prevent the employee from performing the job duties?   Yes ☐   No ☑

b. Does the employee have a medical situation (physical or mental impairment)?   Yes ☑   No ☐

c. Is the impairment long-term or permanent?   Long-Term ☑   Permanent ☑   Crohn's

d. If not permanent, approximately how long will the impairment last?

e. What is the impairment?   can have diarrhea — can work full time but needs access to bathroom facility

If *yes*, what major life activity(s) is/are affected? *(Please indicate any of the following which apply.)*

☐ Caring for Self        ☑ Walking        ☐ Hearing        ☐ Lifting
☐ Interacting with others ☑ Standing       ☐ Seeing         ☐ Sleeping
☐ Performing manual tasks ☐ Reaching       ☐ Speaking       ☐ Concentrating
☐ Breathing/Respiratory   ☐ Thinking       ☐ Toileting      ☐ Learning
☐ Reproduction            ☐ Working        ☐ Sitting        ☑ Digestive
☐ Other (Describe) _____

f. What general difficulties and restrictions, including nature and severity, is the employee experiencing as a result of the impairment?   diarrhea, abdominal pain

g. What job function(s) is the employee having trouble performing because of the impairment?

h. Is the employee safe to be at work?   Yes ☑   No ☐

i. What limitation(s) is/are interfering with the job performance?

   must have bathroom facility readily available

# amazon

my**accommodation** Services
Fax: 1-206-946-7289
Email: accommodations@amazon.com

j. What accommodations, if any, are recommended?

see Above

k. If medications are involved with the accommodations, is there any impairment caused by the medication, and if so, how may this be accommodated?

no

**Comments**: (See additional comments page)

**Provider Contact Information:**

Name: Dr. Stephen P. Schindler   Phone: 859-278-8486
Address: 2620 Wilhite Drive Lex, Ky 40503   Fax: 859-278-8488

Signature of Provider _____   Date _____

FAX: 1-206-946-7289

EMAIL: accommodations@amazon.com

**Additional Relevant Information (optional):**

|  |
|---|
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

*The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of employees or their family members. In order to comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.