# EXHIBIT 3

**Associate Certificate of Fitness (COF) Report**

HR Form

amazon FULFILLMENT

*This form is to be completed by the associate when being sent out on COF for a non-occupational injury or illness. If injury or illness is work related please see the First Report of Injury (FROI).*

Name: Nicholas Stover   Login: Stoverns   Cell Phone #: 859-878-0866
Address: 3966 Lauren Way, Lexington, Ky 40517   Home Phone #:
Department: Search and Rescue   Shift: N-S 2:30-11:30   Area Manager: Leah

Actual Incident Date: _____   Actual Incident Time: _____ ☐AM ☐PM

Where were you when you first noticed the injury/illness? _____
Date of Onset for current injury/illness: July 2005   Is there a specific cause for this injury/illness: ☐YES ☒NO
If yes, please list the cause: _____
Have you reported this to your physician?: ☒YES ☐NO Date Reported: July 05   Body Part Affected: Gastrointestinal ☐Left ☐Right
Describe your Assigned Task: Call center

Describe how your injury/illness is impacting your ability to perform work:
Impacts my work as I require more breaks for bathroom use. I will also need to miss work or take time off for flare ups and to receive medication through infusion.

Please mark area(s) affected on diagram below.

Front View   Back View

Is this a new injury/illness?  ☐YES ☒NO
Have you suffered previous injury/illness to this same body part? ☐YES ☒NO
If yes, please provide dates and describe previous injury/illness: _____

What medications have you taken for this injury/illness? _____   Time: _____   Date: _____

**The information given is true and correct. By signing below, I am stating that the above mentioned Injury/Illness is NOT work-related. I have received and I understand the instructions as explained to me, and have no further questions at this time.**
Associate Signature: Nicholas S____   Date: 04-12-17
HR Signature: _____   Date: _____

Created on 6-25-12