```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

NICHOLAS STOVER,                )
                                )
    Plaintiff,                  )
                                )        Case No.
v.                              )        5:19-cv-054-JMH
                                )
AMAZON.COM, LLC, *et al.*,      )        **JUDGMENT**
                                )
    Defendants.                 )

                              \*\*\*

Consistent with the Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) This matter is **DISMISSED WITH PREJUDICE**;

(2) This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

(3) This is a **FINAL** and **APPEALABLE** judgment, and there is no just cause for delay.

This 4th day of March, 2020.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

1