## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## AT LEXINGTON

| | | |
|---|---|---|
| **NICHOLAS STOVER**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 5:19-CV-00054-JMH |
| | ) | |
| **AMAZON.COM, LLC, AMZN WACS** | ) | |
| **LLC and AMAZON.COM, INC.**, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## <u>ITEMIZATION OF COSTS</u>

Defendants Amazon.com LLC ("Amazon LLC"), AMZN wacs LLC ("Amazon"), and Amazon.com, Inc. ("Amazon Inc.") (together "Amazon Defendants"), by and through counsel, respectfully submit this Itemization of Costs in support of their request for costs against Plaintiff Nicholas Stover ("Mr. Stover"), pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure. The total amount of costs requested by Amazon Defendants is **$4,391.11.**

As itemized below, the amount requested includes the actual costs (exclusive of attorneys' fees) incurred by Amazon Defendants, including $293.06 for the fees for obtaining Mr. Stover's medical records, $4,018.05 for the fees of the court reporter for transcribing, recording, and producing copies of witness deposition transcripts, and $80.00 for witness fees for depositions of Mr. Stover's experts, which were necessarily obtained for use in this case and relied upon extensively in Amazon Defendants' Motion for Summary Judgment (DE #31) and by this Court in its Memorandum Opinion and Order

granting said Motion (DE #82).

## SUBTOTALS FOR EACH CATEGORY

*FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS*

| DATE | COURT REPORTER | FEE DESCRIPTION | FEE PAID |
|------|----------------|-----------------|----------|
| September 30, 2019 | Soergel Abell Arnold & Davis, LLC | Transcript of James Lunsford's deposition | $293.90 |
| September 13, 2019 | Soergel Abell Arnold & Davis, LLC | Transcript of Michelle Nemeth's deposition, Day 1 of 2 | $261.35 |
| September 30, 2019 | Soergel Abell Arnold & Davis, LLC | Transcript of Michelle Nemeth's deposition, Day 2 of 2 | $184.95 |
| August 28, 2019 | Catherine Shay | Transcript of Plaintiff Nicholas Stover (original, scan exhibits, and postage original) | $1,845.15 |
| September 8, 2019 | Catherine Shay | Transcript of Plaintiff's expert Dr. Stephen Schindler (original, scan exhibits, and postage original) | $544.70 |
| September 10, 2019 | Catherine Shay | Transcript of Plaintiff's expert Dr. William Baldwin (original, scan exhibits, and postage original) | $577.30 |
| September 20, 2019 | Soergel Abell Arnold & Davis, LLC | Transcript of Mr. Stephen Stalvey | $310.70 |
|  |  | **Subtotal:** | **$4,018.05** |

*WITNESS FEES*

Amazon Defendants incurred fees for the depositions of Mr. Stover's two disclosed experts, Dr. Stephen Schindler and Dr. William Baldwin. These fees are itemized on page 2 of the Bill of Costs. Total fees for the experts' appearance exceeded the maximum daily amount permitted under 28 U.S.C. § 1821(b), and therefore Amazon Defendants limit their request for costs for these fees to the daily maximum taxable amount of $40.00 per

witness for a **subtotal of $80.00 for witness fees**.

*FEES FOR COSTS OF MAKING COPIES OF PLAINTIFF'S MEDICAL RECORDS*

| DATE | RECORD CUSTODIAN | FEE DESCRIPTION | FEE PAID |
|---|---|---|---|
| June 29, 2019 | Concentra KY | Invoice for copying 31 pages of Plaintiff's medical records | $32.90 |
| July 17, 2019 | St. Joseph Hospital | Invoice for Plaintiff's medical records | $231.16 |
| July 3, 2019 | Digestive Disease Associates of York County, P.A. | Pre-payment for release of Plaintiff's medical records | $29.00 |
| | | **Subtotal:** | **$293.06** |

This 3rd day of April, 2020.

/s/Elizabeth C. Barrera
Jay Inman
Elizabeth C. Barrera
LITTLER MENDELSON, PSC
333 West Vine Street, Suite 1720
Lexington, KY  40507
jinman@littler.com
ebarrera@littler.com
Telephone: 859.317.7970

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 3rd day of April, 2020, electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Elizabeth C. Barrera
Attorney for Defendant

4829-1500-2041.1 090069.1173