# I N V O I C E

Soergel Abell Arnold & Davis, LLC
2950 Breckenridge Ln., Ste. 11A
Louisville, KY  40220
Phone:502-459-4000   Fax:502-459-4003

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 149379 | 9/30/2019 | 76793 |
| Job Date | Case No. | |
| 9/6/2019 | 5:19-CV-00054-JMH | |
| Case Name | | |
| Nicholas Stover v. Amazon.com, LLC | | |
| Payment Terms | | |
| Due upon receipt | | |

OCT 0 2 2019

Jay Inman
Littler Mendelson, PSC
333 West Vine St., Ste. 1620
Lexington, KY  40507

1 COPY OF TRANSCRIPT OF:
  James Lunsford                                                           293.90
1 COPY OF TRANSCRIPT OF:
  Michelle Nemeth                                                          184.95

                                                TOTAL DUE  >>>            $478.85

**Tax ID:** 61-1333917                                          Phone:     Fax:

*Please detach bottom portion and return with payment.*

Jay Inman
Littler Mendelson, PSC
333 West Vine St., Ste. 1620
Lexington, KY  40507

Job No.     : 76793              BU ID    : 1-MAIN
Case No.    : 5:19-CV-00054-JMH
Case Name   : Nicholas Stover v. Amazon.com, LLC

Invoice No. : 149379             Invoice Date : 9/30/2019
**Total Due  : $ 478.85**

Remit To:  **Soergel Abell Arnold & Davis, LLC**
           **2950 Breckenridge Ln., Ste. 11A**
           **Louisville, KY  40220**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |