# INVOICE

Soergel Abell Arnold & Davis, LLC
2950 Breckenridge Ln., Ste. 11A
Louisville, KY  40220
Phone:502-459-4000   Fax:502-459-4003

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 149249 | 9/13/2019 | 76768 |
| **Job Date** | **Case No.** | |
| 8/27/2019 | 5:19-CV-00054-JMH | |
| **Case Name** | | |
| Nicholas Stover v. Amazon.com, LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

SEP 1 6 2019

Jay Inman
Littler Mendelson, PSC
333 West Vine St., Ste. 1620
Lexington, KY  40507

1 COPY OF TRANSCRIPT OF:
    Michelle Nemeth

261.35

**TOTAL DUE  >>>**                **$261.35**

**Tax ID:** 61-1333917                                               Phone:    Fax:

*Please detach bottom portion and return with payment.*

Jay Inman
Littler Mendelson, PSC
333 West Vine St., Ste. 1620
Lexington, KY  40507

| | | | |
|---|---|---|---|
| Job No. | : 76768 | BU ID | :1-MAIN |
| Case No. | : 5:19-CV-00054-JMH | | |
| Case Name | : Nicholas Stover v. Amazon.com, LLC | | |
| Invoice No. | : 149249 | Invoice Date | :9/13/2019 |
| **Total Due** | **: $ 261.35** | | |

Remit To: **Soergel Abell Arnold & Davis, LLC**
            **2950 Breckenridge Ln., Ste. 11A**
            **Louisville, KY  40220**

<u>**PAYMENT WITH CREDIT CARD**</u>    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature: