# Catherine Shay

P.O. Box 5505
Louisville, KY 40255-0505
(502) 648-6390
Tax ID: 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

---

September 8, 2019

Mr. Jay Inman
Littler Mendelson, P.S.C.
333 West Vine Street
Suite 1720
Lexington, KY 40507

| | Invoice Number |
| --- | --- |
| | **1477** |

| **Description of services** | Re: Stover v. Amazon |
| --- | --- |
| | Case No. 5:19-CV-00054-JMH |
| | Deposition of Dr. Stephen Schindler, 09/04/19 |

| Reference | | | | Extension |
| --- | --- | --- | --- | --- |
| Original | Schindler | 94.00 | 5.250 | 493.50 |
| Scan exhibits | | 216.00 | 0.200 | 43.20 |
| Postage original | | 1.00 | 8.000 | 8.00 |
| | | **Invoice total:** | | **$544.70** |

PLEASE MAKE CHECK PAYABLE TO CATHERINE SHAY. INVOICE DUE UPON RECEIPT OF TRANSCRIPT. THANK YOU FOR YOUR BUSINESS.