# Catherine Shay

P.O. Box 5505
Louisville, KY  40255-0505
(502) 648-6390
Tax ID: 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

---

September 10, 2019

Mr. Jay Inman
Littler Mendelson, P.S.C.
333 West Vine Street
Suite 1720
Lexington, KY 40507

| Invoice Number |
| --- |
| 1479 |

**Description of services**   Re: Stover v. Amazon
Case No. 5:19-CV-00054-JMH
Deposition of Dr. William Baldwin, 09/05/19

| Reference | | | | | Extension |
| --- | --- | --- | --- | --- | --- |
| Original | Baldwin | | 106.00 | 5.250 | 556.50 |
| Postage original | | | 1.00 | 8.000 | 8.00 |
| Scan exhibits | | | 64.00 | 0.200 | 12.80 |
| | | | **Invoice total:** | | **$577.30** |

PLEASE MAKE CHECK PAYABLE TO CATHERINE SHAY. INVOICE DUE UPON RECEIPT OF TRANSCRIPT. THANK YOU FOR YOUR BUSINESS.