# INVOICE

Soergel Abell Arnold & Davis, LLC
2950 Breckenridge Ln., Ste. 11A
Louisville, KY 40220
Phone: 502-459-4000   Fax: 502-459-4003

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 149333 | 9/20/2019 | 76792 |
| Job Date | Case No. | |
| 9/4/2019 | 5:19-CV-00054-JMH | |
| Case Name | | |
| Nicholas Stover v. Amazon.com, LLC | | |
| Payment Terms | | |
| Due upon receipt | | |

SEP 2 3 2019

Jay Inman
Littler Mendelson, PSC
333 West Vine St., Ste. 1620
Lexington, KY 40507

1 COPY OF TRANSCRIPT OF:
Stephen Stalvey                                                           310.70

                                                        TOTAL DUE >>>    $310.70

**Tax ID:** 61-1333917                                          Phone:    Fax:

*Please detach bottom portion and return with payment.*

Jay Inman
Littler Mendelson, PSC
333 West Vine St., Ste. 1620
Lexington, KY 40507

Job No.    : 76792         BU ID     : 1-MAIN
Case No.   : 5:19-CV-00054-JMH
Case Name  : Nicholas Stover v. Amazon.com, LLC

Invoice No. : 149333       Invoice Date : 9/20/2019
**Total Due : $ 310.70**

Remit To: **Soergel Abell Arnold & Davis, LLC**
**2950 Breckenridge Ln., Ste. 11A**
**Louisville, KY 40220**

PAYMENT WITH CREDIT CARD   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                 Phone#:
Billing Address:
Zip:                       Card Security Code:
Amount to Charge:
Cardholder's Signature: