# SPS CONSULTING

Stephen P. Schindler, M.D.
Gastroenterology
(859)-321-7401
spschindler1@gmail.com

SEP 1 8 2019

Jay Inman
Littler Mendelson P.S.C
333 West Vine Street
Suite 1720
Lexington, KY 40507

Invoice for Depsoition:
Nicholas Stover v. Amazon.com, LLC et al.

Date of Deposition 9/4/19

Charges:

Deposition Preparation 9/3/19: 3 hours @ $350/hr. Total: $1050

Deposition 9/4/19: 1 hr. 45 min. (2:00 PM-3:45 PM) @ $1000/hr. for first hour; $500/hr. subsequent hours. Total: $1375.

Total Invoice Due: $2425

Please make check payable to Stephen P. Schindler, M.D.

Mail to 2309 Elmspring Way, Lexington, KY 40515

Sincerely,

*[signature: Stephen Schindler MD]*

Stephen P. Schindler, M.D.