*William T. Baldwin, Ph.D.*
*Consulting Economist*
*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*
*1500 Lakewood Drive*
*Lexington, KY 40502*

# STATEMENT
## October 12, 2019

Jay Inman, Esq.
Littler Mendelson, P.S.C.
333 West Vine Street
Suite 1720
Lexington, KY 40507

OCT 1 6 2019

For services rendered regarding: <u>Nicholas Stover v. Amazon</u>

| | | |
|---|---|---|
| Thu, Sep 5 | Gave discovery deposition at Lexington, KY law offices of Littler Mendelson, includes time for coming & going | 2.92 hours |

**2.92 hours @ $370 per hour = $1,080.40**