**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

# CIOX HEALTH
## INVOICE

| | |
|---|---|
| Invoice #: | 0278419082 |
| Date: | 06/29/2019 |
| Customer #: | 2147987 |

**Ship to:**
SARAH LAREN
LITTLER MENDELSON PSC
333 W VINE ST
STE 1720
LEXINGTON, KY 40507-1639

**Bill to:**
SARAH LAREN
LITTLER MENDELSON PSC
333 W VINE ST
STE 1720
LEXINGTON, KY 40507-1639

**Records from:**
CONCENTRA KY/DOV
1055 DOVE RUN DRIVE
LEXINGTON, KY 40502

JUL 0 6 2019

**Requested By:** LITTLER MENDELSON PSC
**Patient Name:** STOVER NICHOLAS

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 31 | 1.00 | 31.00 |
| Shipping | | | 1.90 |
| Subtotal | | | 32.90 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 32.90 |
| Balance Due | | | 32.90 |

**Terms: Net 30 days**        Please remit this amount : **$32.90(USD)**

---- ✂ ----

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: https://edelivery.cioxhealth.com

Invoice #:  0278419082

Check # _____

Payment Amount $ _____

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.