OCT 0 7 2019



******AUTO**MIXED AADC 300
1063 1 MB 0.428                          001063
LITTLER MENDELSON PSC
333 W VINE ST STE 1720
LEXINGTON, KY 40507-1639

2pgs



# CIOX
### HEALTH

**SEND CORRESPONDENCE ONLY TO:**

**P.O. Box 1812**
**Alpharetta GA 30023-1812**

| Notice Date | Customer No. | Page |
|---|---|---|
| 09/28/19 | 2147987 | 1 of 2 |

**ACCT:    2147987**              **CT: ATTY**

**LITTLER MENDELSON PSC**
**333 W VINE ST STE 1720**
**LEXINGTON, KY 40507-1639**

**REMIT TO:**
**CIOX Health**
**PO BOX 409740**
**ATLANTA GA 30384**
**Federal Tax ID: 58-2659941**

## DELINQUENT NOTICE

| AGED BALANCES | | | | Total Due USD  231.16 |
|---|---|---|---|---|
| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | |
| 0.00 | 231.16 | 0.00 | 0.00 | |

**Despite our repeated attempts to collect your seriously past-due debt, you have not resolved your delinquency. This is your final opportunity to resolve this matter on a voluntary basis. If we do not receive payment for past due invoices within 15 days, we may forward your account to a collection agency or take legal action.**

CONTINUED ON NEXT PAGE



**Page 2 of 2**

**SEND CORRESPONDENCE ONLY TO:**
**P.O. Box 1812**
**Alpharetta GA 30023-1812**

(Continued)

| Date | 09/28/19 |
|---|---|
| Customer No. | 2147987 |

** after invoice indicates a prebill invoice. Records are being held until payment is received.

| INV NBR | DESC/PATIENT NAME AND ID, FACILITY | INV DATE | INV AMT | BAL DUE | PAID | AMT (if different) |
|---|---|---|---|---|---|---|
| 0280012076 | STOVER NICHOLAS ST JOSEPH HOSPITAL | 07/17/19 | 231.16 | 231.16 | ☐ | |

| PLEASE RETURN ALL PAGES WITH YOUR PAYMENT. | ⇒ | TOTAL AMOUNT | 231.16 |
|---|---|---|---|
| | | TOTAL REMITTANCE USD | |

**Fast. Secure. Free.**

PayCioxHealth is a free, online payment processing service that provides you a fast and convenient way to pay your Ciox Health invoice. You can now pay your Ciox Health invoice by visiting https://paycioxhealth.com/pay/ which provides options to pay by ECheck or your major credit card.

For questions, please contact us at 800-367-1500 or collections@cioxhealth.com