UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | |
|---|---|
| **NICHOLAS STOVER,** | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 5:19-CV-54-JMH |
| **AMAZON.COM, LLC,** *et al.*, | ) |
| Defendants. | ) |

### AFFIDAVIT OF NICHOLAS STOVER

The Affiant Nicholas Stover avers as follows.

1. My name is Nicholas Stover. I am the plaintiff in the above-styled case.

2. I am over the age of 18 years.

3. I have reviewed the Defendants' Bill of Costs.

4. If the Defendants' request were to be assessed against me, I would have no ability to pay it.

5. I am currently unemployed. My former employer, Bumblebee Team Sports, has closed because of the novel coronavirus pandemic and I was laid off. It is my understanding that if the closure goes on for much longer, Bumblebee may close permanently.

6. Even if Bumblebee were to reopen, it is unlikely I could return to my former job. My former job involved interaction in person with others and the public. Because my immune system is compromised by my disabling Crohn's disease, I am not able to work in such a job so long as coronavirus remains in community transmission. I am in a very high-risk category for covid-19. I do not know when I might be able to work or

1

even leave my home safely. I recently have had to stop taking one of my medications because of internal bleeding.

7. My only income at the present time is approximately $180 per week in unemployment insurance payments, which I understand may expire in a couple of months.

8. My wife and I have no money in savings of any type.

9. My medication expenses per month at the present time are approximately $200-$230.

10. I own no real estate.

11. We have a 2013 Infinity that I would estimate is worth about $13,000. My wife inherited it following her father's death. She is making payments on a second car that is also hers, a Chevrolet Spark. She needs a car to get to work, as did I until recently.

12. The house where we live belongs to my wife's grandmother, who allows us to stay there rent-free.

13. My current debt is $35,678 in student loans and bills that have gone to collections.

14. My wife is currently working approximately 20-24 hours per week as a pharmacy technician at $12.50 per hour, or a gross earning per week of about $250-$300.

15. My wife also receives about $4,000 every quarter from a trust of her grandmother, or about $16,000 per year, reduced by the income taxes we pay on that amount.

_____
NICHOLAS STOVER

COMMONWEALTH OF KENTUCKY  }
                          }
COUNTY OF __Hardin__      }

Sworn to and subscribed by NICHOLAS STOVER before me on April __17__, 2020.

My commission expires ___June, 2021_____ .

_____
NOTARY PUBLIC