**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

_____

No: 21-5421

_____

Filed: February 02, 2022

NICHOLAS STOVER

    Plaintiff - Appellant

v.

AMAZON.COM, LLC; AMZN WACS LLC; AMAZON.COM, INC.

    Defendants - Appellees

## MANDATE

   Pursuant to the court's disposition that was filed 01/10/2022 the mandate for this case hereby issues today.

COSTS: None